UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FREDERICK O. BLACK,

    Petitioner,

v.                                                      Nos.:  3:94-cr-117
                                                                        3:11-cv-328
UNITED STATES OF AMERICA,               (VARLAN/GUYTON)

    Respondent.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the petition for writ of error coram nobis is **DENIED** and this action is **DISMISSED**. All other pending motions are **DENIED** as **MOOT**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court hereby **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

    **E N T E R :**

                                                   s/ Thomas A. Varlan
                                                   UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT